# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **UNILOC USA, INC. and**<br>**UNILOC SINGAPORE PRIVATE LTD.,** | **CIVIL ACTION NO. 6:10cv636** |
| Plaintiffs, | |
| v. | |
| **CRYPKEY (CANADA), INC.** *et al.,* | |
| Defendants. | **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO DISMISS CRYPKEY (CANADA), INC. WITHOUT PREJUDICE

Plaintiff, Uniloc USA, Inc. and Uniloc Singapore Private Ltd. (together "Uniloc") move pursuant to Fed. R. Civ. P. 41(1)(A)(i) to dismiss defendant CrypKey (Canada), Inc. ("CrypKey") from this action without prejudice.  Uniloc's complaint against all other defendants is not impacted by this dismissal.  CrypKey does not oppose this motion.

A proposed Order is attached.

Dated: March 22, 2011

/s/  Paul J. Hayes
Paul J. Hayes
LEAD ATTORNEY
Dean G. Bostock
**MINTZ, LEVIN, COHN, FERRIS,**
    **GLOVSKY and POPEO, P.C.**
One Financial Center
Boston, Massachusetts 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
Email: phayes@mintz.com
Email: dbostock@mintz.com

T. John Ward, Jr.
Texas State Bar. No. 00794818
J. Wesley Hill
Texas State Bar. No. 24032294
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75601
Tel: (903) 757-6400
Fax: (903) 757-2323
Email: jw@jwfirm.com
Email: wh@jwfirm.com

**ATTORNEYS FOR THE PLAINTIFFS**
**UNILOC USA, INC.**
**UNILOC SINGAPORE PRIVATE LTD.**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on March 22, 2011.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this documents through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

<u>/s/</u>      Dean Bostock