## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |
|---|---|
| UNILOC USA, INC., ET AL. | |
| *Plaintiffs,* | Civil Action No. 6:10-cv-636-LED |
| **v.** | **JURY TRIAL DEMANDED** |
| BMC SOFTWARE, INC., ET AL., | |
| *Defendants.* | |

### DEFENDANT INTUIT INC.'S NOTICE OF DISCLOSURE

Intuit Inc. ("Intuit") hereby notifies the Court and all parties of record that on June 24, 2011, Intuit disclosed its source code to Plaintiffs by sending via courier a copy of the source code to the offices of Plaintiffs' outside counsel, Mr. Etheridge, in Southlake, TX, as provided for under the Court's Docket Control Order dated June 8, 2011.

Dated:  July 1, 2011                      Respectfully submitted,

                                                        */s/ Hector J. Ribera*
                                                           Hector J. Ribera

                                                        Hector J. Ribera, CA Bar No. 221511
                                                        (Admitted E.D. Texas)
                                                        FENWICK & WEST LLP
                                                        Silicon Valley Center
                                                        801 California Street
                                                        Mountain View, CA 94041
                                                        Email: hribera@fenwick.com

                                                        Heather N. Mewes, CA Bar No. 203690
                                                        (Admitted E.D. Texas)
                                                        Michael Sacksteder, CA Bar No. 191605
                                                        (Admitted E.D. Texas)
                                                        Email: hmewes@fenwick.com
                                                        Email : msacksteder@fenwick.com
                                                        FENWICK & WEST LLP
                                                        555 California Street, 12th Floor

San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350
**_Attorneys for Defendant_**
**_INTUIT INC_**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 1, 2011.

*/s/ Hector J. Ribera*

Hector J. Ribera