# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **UNILOC USA, INC., et al.** | |
| Plaintiffs, | Civ. Action No.: 6:10cv636 |
| v. | |
| **BMC SOFTWARE, INC., et al.** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## PLAINTIFFS' STIPULATION OF DISMISSAL OF DEFENDANT AUTODESK, INC.

WHEREAS, Plaintiffs Uniloc USA, Inc. and Uniloc (Singapore) Private Limited, and Defendant Autodesk, Inc. ("Autodesk") have agreed to settle this matter.

NOW, THEREFORE, Plaintiffs Uniloc USA, Inc. and Uniloc (Singapore) Private Limited, and Defendant Autodesk stipulate, subject to the approval of the Court, that:

1. Any and all claims and/or counterclaims by both parties are dismissed without prejudice from the case.

2. Plaintiffs and Defendant Autodesk shall each bear their own attorney's fees, expenses and costs.

3. Plaintiffs' complaint as to all other defendants is not impacted by this stipulation and dismissal.

By: /s/ James L. Etheridge w/permission Wesley Hill

James L. Etheridge
Texas State Bar No. 24059147
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd, Suite 120 / 324
Southlake, TX 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
E-mail: Jim@EtheridgeLaw.com

Edward R. Nelson, III
Texas State Bar No. 00797142
Barry J. Bumgardner
Texas State Bar No. 24041918
Steven W. Hartsell
Texas State Bar No. 24040199
S. Brannon Latimer
Texas State Bar No. 24060137
Jaime K. Olin
Texas State Bar No. 24070363
**Nelson Bumgardner Casto, P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
(817) 377-3485 (fax)
enelson@nbclaw.net
barry@nbclaw.net
shartsell@nbclaw.net
blatimer@nbclaw.net
jolin@nbclaw.net

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
**Ward & Smith Law Firm**
111 West Tyler St.
Longview, Texas 75601
Tel: (903) 757-6400
Fax: (903) 757-2323
jw@wsfirm.com
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 13th day of January, 2012.

/s/ Wesley Hill
Wesley Hill